NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FREDDIE L. ROBINSON, JR.,                )
DOC# 761936,                             )
                                         )
                Appellant,               )
                                         )
v.                                       )        Case No. 2D18-1979
                                         )
STATE OF FLORIDA,                        )
                                         )
                Appellee.                )
                                         )

Opinion filed April 26, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Peter F. Estrada,
Judge.

Freddie L. Robinson, Jr., Pro Se.


PER CURIAM.


            Affirmed.


SILBERMAN, LUCAS, and SALARIO, JJ., Concur.